# Exhibit "A"



**Gobierno**
**Bolivariano**
**de Venezuela**
Vicepresidencia de la República
Bolivariana de Venezuela

REPÚBLICA BOLIVARIANA DE VENEZUELA
VICEPRESIDENCIA DE LA REPÚBLICA
BOLIVARIANA DE VENEZUELA
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

# PLANILLA ÚNICA BANCARIA



**saren**
Servicio Autónomo de
Registros y Notarías

La PUB desde su emisión tiene una **vigencia de diez (10) días continuos** para ser cancelada; una vez efectuada la cancelación respectiva, tiene **una vigencia de sesenta (60) días no prorrogables** para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

**Tipo de Acto:** LEGALIZACIÓN - ACTA DE ASAMBLEA SOCIEDADES MERCANTILES

**Fecha de emisión:** 01-11-2024

**Número de Control:** 488-0000-0000

**Número de Trámite:** 30510.2024.4.4905

**Número de Planilla (PUB):** 30501081495

**Nombre y Apellido:** JOSE RAMON LARREA PALACIOS

**Número de teléfono:** (0416)6433892

**CI/RIF/Pasaporte del Solicitante:** V-6140856

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

_____ Firma del Depositante

**Monto en letras:**
TRES MIL SETENTA Y CINCO
BOLÍVARES CON SESENTA
CÉNTIMOS

**Tasa Saren:** 512.60 **Hab:** 2,563.00

**Monto total:** 3,075.60

_____ Sello de la Oficina

**Estimado usuario,**

Recuerde que puede efectuar sus pagos, por concepto de tasas y aranceles, en las entidades bancarias correspondiente, Pago en línea, Ventanilla Única de Recaudación, Biopago BDV (Botón de pago), Punto de Venta.

## SÓLO PARA USO DEL SAREN



**Pág: 1 de 2**
30510.2024.4.49

| DATOS DEL FUNCIONARIO | FUNCIONARIO REVISOR | REGISTRADOR/ NOTARIO |
|---|---|---|
| **Nombre y Apellido:** | HEYLER ANDRI MIRABAL PEREZ | VIRGILIO XAVIER MOGOLLON SERRANO |
| **Cédula de Identidad:** | 19756899 | 11650457 |
| **Cargo:** | ABOGADO REVISOR GENERAL | REGISTRADOR (A) PRINCIPAL |
| **Fecha:** | 04-11-2024 | 5-11-2024 |
| **Firma:** | | |

**Sello de la Oficina** _____

**Sello y Firma del Banco** _____



Gobierno
Bolivariano
de Venezuela
Vicepresidencia de la República
Bolivariana de Venezuela

# PLANILLA ÚNICA
# BANCARIA



**saren**
Servicio Autónomo de
Registros y Notarías

REPÚBLICA BOLIVARIANA DE VENEZUELA
VICEPRESIDENCIA DE LA REPÚBLICA
BOLIVARIANA DE VENEZUELA
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

La PUB desde su emisión tiene una **vigencia de diez (10) días continuos** para ser cancelada; una vez efectuada la cancelación respectiva, tiene una **vigencia de sesenta (60) días no prorrogables** para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

| **Tipo de Acto:** | COPIA CERTIFICADA FOTOSTÁTICA | **Fecha de emisión:** | 29-10-2024 |
|---|---|---|---|

| **Número de Control:** | 488-0000-0000 | **Número de Trámite:** | 314.2024.4.1850 | **Número de Planilla (PUB):** | 31400406611 |
|---|---|---|---|---|---|

Nombre y Apellido: JOSE RAMON LARREA PALACIOS          Número de teléfono: (0416)6433892

CI/RIF/Pasaporte del Solicitante: 6140856          Nombre y Apellido del Depositante:

CI/RIF/Pasaporte del Depositante:

Firma del Depositante

Monto en letras:
CINCO MIL TRESCIENTOS CUARENTA Y
SIETE BOLÍVARES CON CINCUENTA Y
CUATRO CÉNTIMOS

Tasa Saren:  5.347,54
Monto total:  5.347,54

Sello de la Oficina

Estimado usuario,

Recuerde que puede efectuar sus pagos, por concepto de tasas y aranceles, en las entidades bancarias correspondiente, Pago en línea, Ventanilla Única de Recaudación, Biopago BDV (Botón de pago), Punto de Venta.

# SÓLO PARA USO
# DEL SAREN

| **DATOS DEL FUNCIONARIO** | **FUNCIONARIO REVISOR** | **REGISTRADOR/ NOTARIO** |
|---|---|---|
| Nombre y Apellido: | | |
| Cédula de Identidad: | | |
| Cargo: | | |
| Fecha: | | |
| Firma: | | |

Sello
de la Oficina _____

Sello y Firma
del Banco _____



Gobierno Bolivariano
de Venezuela

Vicepresidencia de la
República Bolivariana de Venezuela

Servicio Autónomo de Registros
y Notarías (Saren)

29/10/24, 15:26                    BanescOnline martes, 29 de octubre de 2024 15:26:05 886 pm

 **Banesco** Contigo

**RECIBO**

N° DE RECIBO: 21166390406

RIF: J-07013380-5

**PAGO SAREN**

Fecha: **29/10/2024 Hora: 03:25:58 p.m.**

| | |
|---|---|
| Código cuenta cliente debitada: | **0134****-**-***1003279** |
| Planilla Única Bancaria | **31400406611** |
| Beneficiario | **JOSE RAMON LARREA PALACIOS** |
| Documento de Identificación | **V6140856** |
| Fecha de emisión | **29-10-2024** |
| Monto: | **5.347,54** |
| Concepto: | **registro mercantil** |
| Resultado: | **Operación Exitosa.** |

Banesco Banco Universal, C.A. - RIF: J-07013380-5 Copyright 2002. Todos los derechos reservados.

https://www.banesconline.com/Mantis/WebSite/otrospagos/Saren.aspx



Ciudadano
REGISTRADOR MERCANTIL PRIMERO DE LA CIRCUNSCRIPCION
JUDICIAL DEL ESTADO CARABOBO
Su Despacho.-

Yo, **JOSE LARREA**, venezolano, mayor de edad, titular de la cédula de identidad No. **V-6.140.856**, de este

domicilio. Ante usted, con el debido respeto ocurro para solicitar copias certificadas de las Asambleas de la

sociedad mercantil **MANN + HUMMEL FILTRATION TECHNOLOGY VENEZUELA C.A.** (antes Affinia Venezuela

c.a.) sociedad mercantil inscrita originalmente en el Registro Mercantil de la Circunscripción Judicial del

Distrito Federal y Estado Miranda, el 2 de septiembre de 1966, bajo el No. 52, Tomo 45-A-Sgdo;

posteriormente inscrita en el Registro Mercantil Primero del Estado Aragua, en virtud del cambio de domicilio

a la ciudad de Maracay, Estado Aragua, según consta en asiento inscrito en fecha 30 de junio de 1999, bajo el

No. 26. Tomo 970-A, luego inscrita por cambio de su denominación social como consta en asiento de ese

Registro Mercantil de fecha 9 de diciembre de 2004, bajo el No. 72, Tomo 73-A; y actualmente inscrita por

ante el Registro Mercantil Primero de la Circunscripción Judicial del Estado Carabobo por cambio de su

domicilio a la ciudad de Valencia, Estado Carabobo, asiento inscrito el 17 de septiembre de 2010, bajo el No.

8 Tomo 75-A, modificada su denominación social según se evidencia de asiento inscrito en fecha 25 de mayo

de 2016 bajo el No. 44 Tomo 102-A 314, reformados sus estatutos y refundidos en un solo documento según

asiento inscrito en fecha 23 de abril de 2018 bajo el No. 24 Tomo 67-A , e inscrita en el Registro Único de

información Fiscal (RIF) bajo el No. J-00066418-8. Dichas Asambleas son las siguientes:

1.- Asamblea Registrada el 17 de mayo de 2022, Tomo 168-A, Número 23

Es justicia que espero en la ciudad de Valencia, Estado Carabobo,

JOSE LARREA
CI- V-6.140.856



Gobierno
**Bolivariano**
de Venezuela

Vicepresidencia de la República
Bolivariana de Venezuela



**saren**

Servicio Autónomo de
Registros y Notarías

### REPÚBLICA BOLIVARIANA DE VENEZUELA
**\*\*\* VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA \*\*\***

SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS
**REGISTRO MERCANTIL PRIMERO DEL ESTADO
CARABOBO**

RM No. 314
214° y 165

Quien suscribe:

### CERTIFICA

Que se ha confrontado la COPIA CERTIFICADA FOTOSTÁTICA constante de DIEZ folio(s), que a continuación se reproducen, y que es traslado fiel y exacto del Documento inscrito bajo el Número de Planilla: **31400406611**

CORRESPONDIENTE A LA EMPRESA:**MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A.**
Que se encuentran insertos al Expediente N°: **314-1266.**
Con fecha: **01 DE NOVIEMBRE DEL AÑO DOS MIL VENTICUATRO** .
CERTIFICA, igualmente que ésta

| **Acto** | **Fecha** | **Nro. Documento** | **Tomo** |
|---|---|---|---|
| ACTA DE ASAMBLEA Y JUNTA DIRECTIVA DE EMPRESA MERCANTIL | - 21-06-2022 | - 23 | - 168 |

ha sido elaborada en esta oficina por el funcionario: **ALVARO JOSE DUARTE LAZABALLET.**
Con Cédula de Identidad N°: **V-10.984.964.**
Persona autorizada por mí para hacerla y quien suscribe cada una de las páginas de la presente certificación.

**REGISTRADOR**
Abog. DARWIN IVAN VIERA DELGADO

*Darwin J. Viera D.*
Registrador Mercantil Primero Auxiliar
del Estado Carabobo

**Gobierno Bolivariano de Venezuela**
Vicepresidencia de la República Bolivariana de Venezuela
VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

**SAREN**

212° y 163°

Fecha de Emisión: **09-05-2022**

La PUB desde su emisión tiene una vigencia de diez(10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de sesenta (60) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

## PLANILLA ÚNICA BANCARIA

Número Planilla: **31400354576**
Número de Trámite: **314.2022.2.1670**

Tipo de Acto: ACTA DE ASAMBLEA Y JUNTA DIRECTIVA DE EMPRESA MERCANTIL

JOSE RODOLFO HUERFANO ORTIZ
Número de teléfono: (0412)4350820
CI/RIF/Pasaporte del Solicitante
12339058

Nombre y Apellido del Depositante

*[handwritten: 314-1366 Obligado II ob II Mann + Hummel Filtración Tecnology Venezuela C.A.]*

CI/RIF/Pasaporte del Depositante

Número Control: **488-0000-0000**

Firma del Depositante

| Forma de Pago: | Tasa SAREN | 502,86 |
|---|---|---|
| Monto Efectivo | Tasa Municipal/Estadal | 0 |
| Punto de Venta | MONTO TOTAL | 502,86 |
| Pago por Internet | | |

MONTO EN LETRAS: QUINIENTOS DOS BOLÍVARES CON OCHENTA Y SEIS CÉNTIMOS

Sello de la Oficina

**Bancos Recaudadores**

0175 - Banco Bicentenario
0102 - Banco de Venezuela          0108 - Banco Provincial
0163 - Banco del Tesoro

Sello y Firma del Banco

---

**Gobierno Bolivariano de Venezuela**
Vicepresidencia de la República Bolivariana de Venezuela
VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

**SAREN**

212° y 163°

Fecha de Emisión: **09-05-2022**

La PUB desde su emisión tiene una vigencia de diez(10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de sesenta (60) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

## PLANILLA ÚNICA BANCARIA

Número Planilla: **31400354576**
Número de Trámite: **314.2022.2.1670**

Tipo de Acto: ACTA DE ASAMBLEA Y JUNTA DIRECTIVA DE EMPRESA MERCANTIL

JOSE RODOLFO HUERFANO ORTIZ
Número de teléfono: (0412)4350820
CI/RIF/Pasaporte del Solicitante
12339058

Nombre y Apellido del Depositante

CI/RIF/Pasaporte del Depositante

Número Control: **488-0000-0000**

Firma del Depositante

| Forma de Pago: | Tasa SAREN | 502,86 |
|---|---|---|
| Monto Efectivo | Tasa Municipal/Estadal | 0 |
| Punto de Venta | MONTO TOTAL | 502,86 |
| Pago por Internet | | |

MONTO EN LETRAS: QUINIENTOS DOS BOLÍVARES CON OCHENTA Y SEIS CÉNTIMOS

Sello de la Oficina

**Bancos Recaudadores**

0175 - Banco Bicentenario
0102 - Banco de Venezuela          0108 - Banco Provincial
0163 - Banco del Tesoro

Sello y Firma del Banco



## Pago de Servicio SAREN

Transacción realizada con exito , su número de referencia es 20745899

| | |
|---|---|
| **Número control:** | **20745899** |
| **Identificador pago:** | **31400354576** |
| **Cuenta origen:** | **0102\*\*\*5721** |
| **Monto operación (Bs):** | **502,86** |
| **Concepto:** | **SAREN 4576** |
| **Fecha:** | **10/05/2022**<br>**4:07:04PM** |

Banco de Venezuela, S.A. Banco Universal © RIF G-20009997-6.

1/1



Richard G. Ruiz F.
Abogado
IPSA 288.374

Ciudadano:

**Registrador Mercantil Primero de la Circunscripción Judicial del Estado Carabobo.**

Su Despacho.-

Expediente: N° 314-1266.

Yo, **Richard Gabriel Ruiz Fernández**, venezolano, mayor de edad, domiciliado en Valencia, titular de la Cédula de Identidad No. V-24.016.541, actuando en nombre y representación de **MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A.**, (antes AFFINIA VENEZUELA, C.A.) sociedad mercantil inscrita originalmente en el Registro Mercantil de la Circunscripción Judicial del Distrito Federal y Estado Miranda, el 2 de septiembre de 1966, bajo el N° 52, Tomo 45-A-Sgdo.; posteriormente inscrita en el Registro Mercantil Primero del Estado Aragua, en virtud del cambio de domicilio a la ciudad de Maracay, Estado Aragua, según consta en asiento inscrito en fecha 30 de junio de 1999, bajo el N° 26, Tomo 970-A, luego inscrita por cambio de su denominación social como consta en asiento de ese Registro Mercantil de fecha 9 de diciembre de 2004, bajo el N° 72, Tomo 73-A; y actualmente inscrita por ante el Registro Mercantil Primero de la Circunscripción Judicial del Estado Carabobo por cambio de su domicilio a la ciudad de Valencia, Estado Carabobo, según asiento inscrito el 17 de septiembre de 2010, bajo el N° 8, Tomo 75-A, modificada su denominación social según se evidencia de asiento inscrito en fecha 25 de mayo de 2016, bajo el N° 44, Tomo 102-A 314, reformados sus estatutos y refundidos en un solo documento según asiento inscrito en fecha 23 de abril de 2018, bajo el N° 24, Tomo 67-A RM314, ante su competente autoridad ocurro, para presentar **Acta de Asamblea General Extraordinaria de Accionistas** celebrada el cuatro (4) de abril de 2022 a las 9:30 A.M., cuya copia debidamente certificada se acompaña y mediante la cual se resolvió aprobar la venta y disposición de los activos y/o bienes muebles e inmuebles de la Compañía, a los fines de ordenar su inscripción y registro.

Hago la presente participación de conformidad con las disposiciones previstas en el artículo 217 del Código de Comercio; asimismo ruego al ciudadano Registrador que una vez sean cumplidas las formalidades de ley se sirva a expedir copias certificadas de dicha Acta de Asamblea General Extraordinaria con inserción del auto que las provea, a fines de la publicación de ley.

En Valencia, a la fecha de su otorgamiento.

Richard Gabriel Ruiz Fernandez
CI: V- 24.016.541





**REPÚBLICA BOLIVARIANA DE VENEZUELA**
*** VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA ***



**SERVICIO AUTÓNOMO DE REGISTROS Y
NOTARÍAS
REGISTRO MERCANTIL PRIMERO DEL
ESTADO CARABOBO**

RM No. 314
212° y 163°

Martes 17 de Mayo de 2022

Por presentada la anterior participación por su FIRMANTE, para su inscripción en el Registro
Mercantil, fijación y publicación. Hágase de conformidad y agréguese el original al expediente de la
Empresa Mercantil junto con los recaudos acompañados. Expídase la copia de publicación. El
anterior documento redactado por el Abogado(a) RICHARD RUIZ IPSA N.: 288374 , se inscribe en
el Registro de Comercio bajo el Número: 23, TOMO  **168 - A REGISTRO MERCANTIL PRIMERO
DEL ESTADO CARABOBO.** Derechos pagados  **BS: 502.86** Según Planilla RM No. **31400354576**
. La identificación se efectuó así:  **RICHARD GABRIEL RUIZ FERNANDEZ** C.I: **V-24016541**
Abogado Revisor: **ROGER ALEJANDRO DELGADILLO GUEVARA**

**REGISTRADOR**
Abog. DIEGO ARMANDO AREVALO RODRIGUEZ

*Diego A. Arevalo R.*
Registrador (E) Mercantil Primero
del Estado Carabobo

ESTA PÁGINA PERTENECE A:
**MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A**
Número de expediente: **314-1266**
DIV

*Richard G. Ruiz F.*
*Abogado*
*IPSA 288.374*

**Acta de la Asamblea Extraordinaria de Accionistas de MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A., celebrada en la sede de la Compañía en Valencia el cuatro (4) de abril de 2022, siendo las 9:30 A.M.**

Estuvo presente a los fines de celebrar una Asamblea Extraordinaria de Accionistas de **MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A.**, (antes AFFINIA VENEZUELA, C.A.) sociedad mercantil inscrita originalmente en el Registro Mercantil de la Circunscripción Judicial del Distrito Federal y Estado Miranda, el 2 de septiembre de 1966, bajo el N° 52, Tomo 45-A-Sgdo.; posteriormente inscrita en el Registro Mercantil Primero del Estado Aragua, en virtud del cambio de domicilio a la ciudad de Maracay, Estado Aragua, según consta en asiento inscrito en fecha 30 de junio de 1999, bajo el N° 26, Tomo 970-A, luego inscrita por cambio de su denominación social como consta en asiento de ese Registro Mercantil de fecha 9 de diciembre de 2004, bajo el N° 72, Tomo 73-A; y actualmente inscrita por ante el Registro Mercantil Primero de la Circunscripción Judicial del Estado Carabobo por cambio de su domicilio a la ciudad de Valencia, Estado Carabobo, según asiento inscrito el 17 de septiembre de 2010, bajo el N° 8, Tomo 75-A, modificada su denominación social según se evidencia de asiento inscrito en fecha 25 de mayo de 2016, bajo el N° 44, Tomo 102-A 314, reformados sus estatutos y refundidos en un solo documento según asiento inscrito en fecha 23 de abril de 2018, bajo el N° 24, Tomo 67-A RM314, ("la Compañía"), el ciudadano **Juan Carlos Varela Vásquez**, venezolano, mayor de edad, soltero, domiciliado en Caracas, titular de la Cédula de Identidad No. **V-10.333.491**, debidamente autorizado para actuar en este acto según se desprende de poder otorgando ante Notario Público en Carolina del Norte, Estados Unidos en fecha 18 de febrero de 2022 y apostillado según número de certificación 2246018432 de fecha 01 de marzo de 2022, en representación de **MANN+HUMMEL Filtration Technology Internacional Holdings Corp.**, sociedad constituida y existente según las leyes del Estado de Delawere, Estados Unidos de América, única accionista de la Compañía.

| Accionista | Número de Acciones |
|---|---|
| MANN+HUMMEL Filtration Technology Internacional Holdings Corp. *(representada por Juan Carlos Varela según poder que exhibió)*. | 1.338.851.879 |

Juan Carlos Varela, previamente identificado, presidió la Asamblea y luego de constatar que se encontraba presente el cien por ciento (100%) del capital social de la Compañía, la declaró válidamente constituida, de conformidad con lo establecido en las Cláusulas Décima Segunda, Décima Tercera, Décima Cuarta y Décima Quinta del Documento Constitutivo-Estatutario de la Compañía, sin necesidad de convocatoria previa.

Se designó a Richard Gabriel Ruiz Fernandez, venezolano, titular de la Cédula de Identidad No. V-24.016.541 como Secretario de la Asamblea.

Inmediatamente, se procedió a dar lectura a los puntos del Orden del Día, como sigue:

**ÚNICO:** Considerar y resolver sobre la autorización de la venta de los activos y/o bienes muebles e inmuebles propiedad de la Compañía.

Se procedió de inmediato a considerar el punto **ÚNICO** y luego de las deliberaciones y consideraciones pertinentes, se **RESOLVIÓ**, por unanimidad: aprobar la venta y/o cualquier acto de disposición sobre los activos y bienes muebles y/o inmuebles propiedad de la Compañía. La Asamblea autorizó suficientemente al ciudadano Juan Carlos Varela, venezolano, titular de la Cédula de Identidad No. V-10.333.491 para realizar las gestiones y trámites necesarios para materializar las ventas aquí acordadas, en ese sentido, queda igualmente autorizado para designar a las personas que suscribirán en nombre de la Compañía los respectivos documentos y protocolizarlos ante los entes competentes.

No habiendo otros puntos sobre los cuales tratar, se declaró concluida la Asamblea, autorizándose a Juan Carlos Varela, previamente identificado, para que certifique copias fieles y exactas de la presente Acta. Asimismo, la Asamblea autorizó al ciudadano Richard Gabriel Ruiz Fernandez, venezolano, mayor de edad, domiciliado en Valencia, titular de la Cédula de Identidad No. V-24.016.541, para que realice todo lo conducente para la participación ante el Registro Mercantil correspondiente. Se levantó la sesión y firmaron los presentes.

(Fdo.) Juan Carlos Varela

(Fdo.) Richard Gabriel Ruiz Fernandez.

Quien suscribe, Juan Carlos Varela Vásquez, venezolano, mayor de edad, soltero, domiciliado en Caracas, titular de la Cédula de Identidad No. V-10.333.491, debidamente autorizado para este acto, certifica que lo anteriormente transcrito es copia fiel y exacta de su original, el Acta de Asamblea Extraordinaria de Accionistas de **MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A.,** (antes AFFINIA VENEZUELA, C.A.) celebrada en Valencia el cuatro (4) de abril de 2022.

Certificación emitida en Valencia, el cuatro (4) de abril de 2022.

(Juan Carlos Varela)



# STATE OF NORTH CAROLINA

**Department of The Secretary of State**

---

### APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. COUNTRY: **UNITED STATES OF AMERICA**

2. This Public Document
   has been signed by____ **MATTHEW J CLONINGER**_____

3. acting in the capacity of **NOTARY PUBLIC**_____
   **COMMISSION EXPIRES 10/15/2025**

4. bears the seal/stamp of **COUNTY OF GASTON, NORTH CAROLINA**_____

### CERTIFIED

5. at Raleigh, North Carolina

6. the__**1ST DAY OF MARCH, 2022**_____

7. by Secretary of State or Deputy Secretary of State, State of North Carolina

8. No.__**3832**_____

9. Seal/Stamp                    10.    Signature





Scan to verify online.

by: *William W. Toole*

**William W. Toole**
*Deputy Secretary of State*

*Elaine F. Marshall*
*Secretary of State*

Certification# 2246018432
Verify the issuance of this Apostille Certification# 3832 at https://www.sosnc.gov/verify

## -PODER-

Quien suscribe, Rodrigo Reyes, de nacionalidad Nationality Brasil, mayor de edad, domiciliado en Estados Unidos, actuando en mi carácter de presidente de la empresa MANN+HUMMEL Filtration Technology International Holdings Corp., sociedad organizada y existente bajo las Leyes de Delaware USA (en lo sucesivo "FTIH"), por medio del presente documento declaro: Mi representada confiere poder especial pero amplio y suficiente cuanto en derecho se requiere a **Juan Carlos Varela** venezolano, mayor de edad, abogado en ejercicio, domiciliado en Caracas, titulare de la cédula de identidad número **V- 10.333.491** para que represente a FTIH en las Asambleas de Accionistas Ordinarias y/o Extraordinarias de las sociedades mercantiles **Mann+Hummel Filtration Technology Venezuela, C.A., Mann+Hummel Filtration Technology Commercial Distribution, C.A. y Mann+Hummel Filtration Technology Distribution Venezuela, C.A.** (en los sucesivo las Compañías) las cuales, entre otros asuntos, tendrán por objeto decidir los siguientes puntos en sus respectivas agendas: **PRIMERO:** Considerar y resolver sobre la destitución de los miembros de la Junta Directiva de la Compañías: Sr. Antonio J. Gonzalez, Venezolano, C.I. #: 7.213.424, Jose Raul Conde, Venezolano, C.I.#: 9.827.793 y David L. Kline, Estadounidense, Pasaporte #510076452. **SEGUNDO:** Considerar y resolver sobre la designación de Juan Carlos Varela (antes identificado) como único representante legal de la Compañías con las más amplias facultades de administración, gestión y disposición de los bienes, acciones y derechos de la Compañías. En caso de ser aprobado, considerar y resolver sobre la modificación de la forma de administración de la Compañía conforme al Documento Constitutivo Estatutario. **TERCERO:**

## -POWER OF ATTORNEY-

The undersigned, Rodrigo Reyes of Brazilian nationality, of legal age, domiciled in the United States, acting in my capacity as President of the company MANN+HUMMEL Filtration Technology International Holdings Corp., a company organized and existing under the Laws of Delaware USA (hereinafter "FTIH"), by means of this document I declare: This is to confer special but broad and sufficient power as required by law to **Juan Carlos Varela**, Venezuelan, of legal age, lawyer in office, domiciled in Caracas, holder of identity card number **V-10.333.491** to represent FTIH in the Ordinary and/or Extraordinary Shareholders' Meetings of **Mann+Hummel Filtration Technology Venezuela, C.A., Mann+Hummel Filtration Technology Commercial Distribution, C.A. y Mann+Hummel Filtration Technology Distribution Venezuela, C.A.**; (hereinafter the "Companies") which, will have the purpose of deciding all the following points on their respective agendas: **FIRST:** Consider and decide on the removal of the members of the Companies' Board of Directors: Mr. Antonio J. Gonzalez, Venezuelan, I.D. Card number: 7.213.424, Jose Raul Conde, Venezuelan, I.D. Card number: 9.827.793 and David L. Kline, American Citizen, Passport Number: 510076452. **SECOND:** Consider and decide on the appointment of Juan Carlos Varela (identified above) as the sole legal representative of the Company with the broadest powers of administration, management and disposal of the assets, shares and rights of the Companies. If approved, consider and decide on the modification of the form of administration of the Company in accordance with the Constitutive Statutory Document. **THIRD:** Consider and decide on the sale of movable and/or immovable property owned by the Companies. If approved, consider and resolve the designation of the

Strictly Confidential [M365]

Considerar y resolver sobre la venta de los bienes muebles y/o inmuebles propiedad de la Compañías. De ser aprobado, considerar y resolver la designación de las personas responsables de suscribir y protocolizar los respectivos documentos. **CUARTO:** Considerar y resolver sobre la disolución y liquidación anticipada de la Compañías. La enumeración de puntos a tratar contenida en el presente documento es enunciativa y no limitativa por lo que el mandatario podrá igualmente ejercer la representación de FTIH en Asambleas de Accionistas Ordinarias y/o Extraordinarias, aunque se discutan puntos distintos de los referidos. En ejercicio del presente poder, el mandatario antes señalado podrá ejercer el derecho de voz y voto que le corresponde a FTIH como accionista de la Compañía, suscribir el libro de actas de asambleas de accionistas, negociar con la Compañías los términos y condiciones en que se ejecutarán los puntos aprobados, y los demás documentos que sea necesario suscribir relacionados con las decisiones que sean adoptadas por la Asamblea de Accionistas. En la ciudad de Gastonia, North Carolina USA a los 18th días del mes de Febrero del año 2022.

persons responsible for signing and notarizing the respective documents. **FOURTH:** Consider and decide on the early dissolution and liquidation of the Companies. The enumeration of points to be discussed contained in this document is illustrative and not limiting, so the agents may also exercise the representation of FTIH in Ordinary and/or Extraordinary Shareholders' Meetings, even if points other than those referred to are discussed. In the exercise of this power of attorney, the attorney may exercise the right of voice and vote that corresponds to FTIH as a shareholder of the Companies sign the book of minutes of shareholders' meetings. In the city of Gastonia, North Carolina USA on the 18th day of the month of February of the year 2022.

Otorgante/ Grantor:
**MANN+HUMMEL Filtration Technology International Holdings Corp.**

[Firma/ Signature]
By/ Rodrigo Reyes, Presidente/President

STATE OF NORTH CAROLINA )
COUNTY OF GASTON ) ss.
)

The foregoing instrument was acknowledged before me this 18th day of February 2022, by Rodrigo Reyes, who is personally known to me.
Given under my hand and notarial seal on February 18, 2022.

Matthew J. Cloninger, Notary Public
My commission expires: October 15, 2025

MATTHEW J CLONINGER
Notary Public
Gaston County
My Comm. Exp.
10-15-2025
NORTH CAROLINA

Strictly Confidential [M365]

## JOINT UNANIMOUS WRITTEN CONSENT
### OF
## THE SOLE STOCKHOLDER AND BOARD OF DIRECTORS
### OF
## MANN+HUMMEL FILTRATION TECHNOLOGY INTERNATIONAL HOLDINGS CORP.

The undersigned, being the sole stockholder and all of the members of the board of directors of MANN+HUMMEL Filtration Technology International Holdings Corp., a Delaware corporation (the "Company"), acting by written consent without a meeting pursuant to Sections 141(f) and 228 of the Delaware General Corporation Law, do hereby waive the holding of the 2019 annual meetings of the stockholders and board of directors, and consent to the adoption of the following resolutions and direct that this consent be filed with the minutes of the proceedings of the stockholders and directors of the Company.

### RATIFICATION OF BOARD OF DIRECTORS

**RESOLVED**, that each of the following persons, constituting all of the board of directors of the Company, be, and hereby are, confirmed and ratified as a member of the board of directors of the Company to serve until their successors are elected and qualified or until their earlier resignation or removal:

David Kline
Rodrigo Reyes

### RESIGNATION OF OFFICERS

**RESOLVED**, that the Company accepts the resignation of and hereby removes the following person from the office of the Company set forth next to her name below:

Gregory R. Dillman          Vice President, North America Operations

### APPOINTMENT OF OFFICERS

**RESOLVED**, that as of the date of these resolutions, the following persons be and hereby are elected to the offices set forth opposite their respective names below, to hold office until the earlier election and qualification of their respective successors or until their earlier resignation or removal:

| | |
|---|---|
| Rodrigo Reyes | President |
| David Kline | Treasurer |
| David A. McColley | Vice President, Sales and Marketing |
| Karl Westrick | Vice President, Information Technology |
| R. Leonard Rowe, Jr. | Secretary |
| Matthew J. Cloninger | Assistant Secretary |

*[Continued on next page.]*

Page **1** of **3**

| Joel Ihrig | Assistant Secretary, Director of Tax |
| Spencer L. Eckard | Assistant Secretary, Director of Internal Audit |

## EXECUTION AUTHORITY

**RESOLVED**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver contracts and other documents in the name and on behalf of the Company, and to affix the corporate seal if applicable;

**RESOLVED**, that the officers of the Company are authorized and directed, in the name and on behalf of the Company, to incur and pay such other costs and expenses, to take all such other actions, and to cause to be prepared and to execute, deliver, file and perform all other instruments and documents as in the judgment of the officers or counsel to the Company shall be necessary or advisable to carry out the intent of the foregoing resolutions, and the execution of any such instrument, document or certificate or the taking of any such action in connection with the foregoing shall conclusively establish the authority of the officer with respect thereto and the approval and ratification by the Company of the instrument, document or certificate so executed or the action so taken.

## RATIFICATION OF PRIOR ACTIONS

**RESOLVED**, that any actions taken by the officers of the Company, prior to the date of the foregoing resolutions adopted hereby that are within the authority conferred thereby are hereby ratified, confirmed, approved and adopted as actions of the Company.

*[Signature page follows]*

**IN WITNESS WHEREOF,** the undersigned stockholder and directors have duly executed this Unanimous Written Consent, which may be signed in two or more counterparts, each of which shall be deemed an original, and all of which shall be deemed one instrument, effective as of ___January 7, 2020___.



**SOLE STOCKHOLDER**

MANN+HUMMEL Filtration Technology US LLC

By: _____

Name: Rodrigo Reyes

Title: President

**BOARD OF DIRECTORS**

_____
Rodrigo Reyes

_____
David Kline

Page 3 of 3



Gobierno
**Bolivariano**
de Venezuela

Vicepresidencia de la República
Bolivariana de Venezuela



**saren**
Servicio Autónomo de
Registros y Notarías

### REPÚBLICA BOLIVARIANA DE VENEZUELA
**\*\*\* VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA \*\*\***

**SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS**          RM No. 314
**REGISTRO MERCANTIL PRIMERO DEL ESTADO**               214° y 165
**CARABOBO**

01 DE NOVIEMBRE DEL AÑO DOS MIL VENTICUATRO

Por recibido en esta misma fecha constante de DIEZ (10) folio(s) útil(es). Agréguese la solicitud al expediente de la Compañía. Expídase COPIA CERTIFICADA FOTOSTÁTICA con inserción del presente Auto. Los derechos arancelarios fueron cancelados según Recibo Número:

Quien suscribe hace constar que la anterior  **COPIA CERTIFICADA FOTOSTÁTICA**  es copia fiel y exacta de los que corren insertos al expediente número:  **314-1266** las cuales fueron canceladas según planilla RM Nº: **31400406611**

**REGISTRADOR**
Abog, DARWIN IVAN VIERA DELGADO

ESTA PÁGINA PERTENECE A: **MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A**
Número de expediente: **314-1266**

*Darwin I. Viera D.*
Registrador Mercantil Primero Auxiliar
del Estado Carabobo





República Bolivariana de Venezuela
Gobierno del Estado Carabobo

Secretaría de Haciendas y Finanzas
Dirección General de Recaudación de Ingresos
Tributarios

CTRL 097
**Planilla Nro.:** 0002918196
**Fecha de Emisión:** 29/10/2024

PLANILLA UNICA DE RECAUDACIÓN - ESTAMPILLAS FISCALES

| Nombre o Razón Social: | | | Cédula de Identidad / RIF: |
|---|---|---|---|
| MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA, C.A. | | | J000664188 |

| Item: | Denominación: | UCD / Monto: | Monto a Pagar Bs.: |
|---|---|---|---|
| I | ESTAMPILLAS FISCALES | 20,00 | 911,20 |
| | Total a Pagar | | 911,20 |

Validación Terminal del Banco Receptor:

PAGADO
OFICINA AUXILIAR CCN...

ESTA PLANILLA DEBERA SER PAGADA EN LA ENTIDAD BANCARIA SELECCIONADA / PUNTO DE RECAUDACION

201.249.59.12/app/TRIBUTOS/planilla.php?dcx=&pro=2918196&ut=20&nbk2=3142

1/1





**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**VICEPRESIDENCIA DE LA REPÚBLICA**
**SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS**
**REGISTRO PRINCIPAL DEL ESTADO CARABOBO**

Quien Suscribe Abg. **VIRGILIO XAVIER MOGOLLON SERRANO REGISTRADOR (A) PRINCIPAL** del Estado **CARABOBO**, según **Providencia Administrativa N° 0168 del 24 de Marzo de 2021, publicada la Gaceta Oficial de la República Bolivariana de Venezuela N° 42.115 de fecha 28 de Abril de 2021.** Hace constar, que para dar cumplimiento al Art. 66 de la Ley de Registro y Notariado, se legaliza la firma de él(la) ciudadano(a): **Diego Armando Arevalo Rodriguez C.I. V-19229344.** Quien para la fecha que suscribe es: **REGISTRADOR(A) MERCANTIL DE REGISTRO MERCANTIL PRIMERO DEL ESTADO CARABOBO.** Correspondiente con el documento **ACTA DE ASAMBLEA SOCIEDADES MERCANTILES**, N° **23**, Tomo **168**, de Fecha **17/05/2022**, cuya denominación es **MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA C.A**, Número de Expediente **314-1266**. La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma. Solicitud N° **2089643** planilla N° **30501081495** Pago del Servicio Autónomo por un monto de **3,075.60** Bs.

Se expide en en **VALENCIA** a los días **5** del mes **noviembre** del año **2024**.





Pág.: 29 d
30510.2024.A.



Abg. VIRGILIO XAVIER MOGOLLON SERRANO
REGISTRADOR (A) PRINCIPAL del Estado CARABOBO

*Documento firmado electrónicamente con el mismo valor probatorio que la Ley otorga a los documentos escritos, según Gaceta Oficial N° 37.076, del 13 de diciembre de 2000 de la Ley de Mensajes de Datos y Firmas Electrónicas, artículo N° 4.*





**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**\*\*\*VICEPRESIDENCIA DE LA REPÚBLICA\*\*\***

## SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

Se legaliza la firma que antecede a el(la) ciudadano(a)

**ABG. VIRGILIO XAVIER MOGOLLON SERRANO**

Quien es como se titula, **REGISTRADOR (A) PRINCIPAL** del Estado **CARABOBO**

Se advierte que la presente legalización no prejuzga acerca de **Ningún otro extremo de fondo, ni forma** este documento de Legalización está asociado a la Planilla Nro **30501081495**.

VALENCIA,  5 de noviembre del 2024

214°, 165° y 25°

Por Vicepresidencia





**ABEL ERNESTO DURAN GOMEZ**
DIRECTOR GENERAL DEL SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS
Decreto Presidencial N° 4.297, del 11 de Septiembre de 2020, publicada en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.574 de la misma fecha.

*Documento firmado electrónicamente con el mismo valor probatorio que la Ley otorga a los documentos escritos, según Gaceta Oficial N° 37.076, del 13 de diciembre de 2000 de la Ley de Mensajes de Datos y Firmas Electrónicas, artículo N° 4.*

\* \* \* \* \* \* \* \*

Firmado digitalmente por Abel Ernesto Duran Gomez. Direccion General.
Servicio Autonomo de Registro de Notarias
Fecha: 2024-11-05 15:07:24.426544

  

 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de **Relaciones Consulares**





**No. Z18B11G42915Z11**

## APOSTILLE

(Conventión de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA** Country/Pays | |
| **El presente documento público** The public document / Le présent acte public | |
| **2. ha sido firmado por** has been signed by a été signé par | **ABEL ERNESTO DURÁN GÓMEZ** |
| **3. quien actúa en calidad de** acting in the capacity of agissant en qualité de | **DIRECTOR GENERAL DEL SAREN** |
| **4. y está revestido del sello / timbre de** bears the seal / stamp of est revêtu du sceau / timbre de | **VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA** |
| **Certificado** Certified / Attesté | |
| **5. en CARACAS** at / a | **6. el día 18-11-2024** the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores** by / par | |
| **8. Bajo el número Z18B11G42915Z11** Nº / sous nº | |
| **9. Sello / timbre:** Seal / stamp: Sceau / timbre :  | **10. Firma:** Signature: Signature : |

**MARIA RAFAELA DEL CARMEN SUAREZ HERNANDEZ**
Directora General de la Oficina de Relaciones Consulares Según Resolución
N° 291 del 17 de octubre de 2024, publicada en la Gaceta Oficial de la
República Bolivariana de Venezuela N° 42.987 del 17 de octubre de 2024.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del
documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté
revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 18/11/2024 11:03:18
Para validar la autenticidad de esta apostilla ingrese este código: EAH974HXETH en
https://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Acta de Asamblea
**Titular:** Nro de Identificación: J 000664188 **Nombre:** MANN+HUMMEL FILTRATION TECHNOLOGY
VENEZUELA, C.A. M+H FTVE
----------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed
the public document, and, where appropriate, the identity of the seal or stamp which the public document
bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 18/11/2024 11:03:18
To validate the authenticity of this Apostille enter this code: EAH974HXETH in
https://consultalegalizacionve.mppre.gob.ve
**Document type:** Acta de Asamblea
**Holder:** Identification Number: J 000664188 **Name:** MANN+HUMMEL FILTRATION TECHNOLOGY VENEZUELA,
C.A. M+H FTVE
----------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte
a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 18/11/2024 11:03:18
Pour valider l'authenticité de cette apostille, entrez ce code: EAH974HXETH dans
https://consultalegalizacionve.mppre.gob.ve
**Type de document:** Acta de Asamblea
**Titulaire:** Numéro d'identification: J 000664188 **Prénom:** MANN+HUMMEL FILTRATION TECHNOLOGY
VENEZUELA, C.A. M+H FTVE



**Mppre-eafb55e1d48c500d90c829c8c97f8b5aac36a88e**