# Exhibit "C"

## STATEMENT BY JOSE RAUL CONDE

I, Jose Raul Conde, make this statement with personal knowledge and declare the following:

1. I am over eighteen (18) years of age and otherwise do not have any legal disability. I read, speak and understand Spanish and English.

2. The statements made herein are based on my own personal knowledge, except in regard to stated matters of information and belief, and as to those matters, I believe to be true.

3. I worked for MANN+HUMMEL Filtration Technology Venezuela C.A. (hereinafter "Mann + Hummel Venezuela") as Finance and Administration Manager from 2016 to 2020. I also served as Director and Second president of that Company.

4. As Finance and Administration Manager of Mann + Hummel Venezuela, I was required to send weekly financial and performance reports on Mann + Hummel Venezuela to Rodrigo Reyes and David Kline, among others directors, who worked as directors of Mann + Hummel Filtration Technology US LLC (hereinafter "Mann + Hummel USA"), and were located in the Mann + Hummel USA office located in Gastonia, North Carolina. David Kline was also Director of Mann + Hummel Venezuela. Furthermore, I had to travel on occasion to the corporate offices of Mann + Hummel USA in Gastonia, North Carolina. Likewise, I was required to send a monthly reporting of Finance Results, and input the information into a corporate software called Hypireon.

5. I and/or Antonio Gonzalez, the president of Mann + Hummel Venezuela, also met weekly with Rodrigo Reyes or David Kline, and other directors of Mann + Hummel USA, via virtual videoconference and phone. During these weekly meetings, decisions related to Mann + Hummel Venezuela's legal, administrative and operational matters, finances, dealings, business objectives, sale prices setting, business practices, business decisions and plans were discussed, and Mann + Hummel USA always had the final say on Mann + Hummel Venezuela's decisions.

6. Rodrigo Reyes, David Kline, and other directors on behalf of Mann + Hummel USA were directly involved in and had to authorize any major decisions made by or on behalf of Mann + Hummel Venezuela, including decisions relating to the legal, administrative and operational matters, finances, dealings, business objectives, business practices, business decisions and plans of Mann + Hummel Venezuela. Part of the goods manufactured by Mann + Hummel Venezuela, were exported to Mann + Hummel USA.

7. Mann + Hummel USA had 100% ownership of the business profits and equity of Mann + Hummel Venezuela.

8. Deloitte, an accounting firm, would conduct audits of Mann +Hummel Venezuela under the direction of Mann + Hummel USA, and provide a copy of its audit reports to Mann + Hummel USA for Mann + Hummel USA's approval or objections.

9. At all times relevant to this document, Mann + Hummel USA had full control over Mann + Hummel Venezuela's bank accounts, including, but not limited to, mandatory approval of payments made by Mann + Hummel Venezuela's suppliers. Mann + Hummel USA also had full control over all Mann + Hummel Venezuela's assets.

10. Mann + Hummel Venezuela also received and was required to comply with Mann + Hummel USA's written policies and guidelines, including Mann + Hummel USA's "Manual of Accounting Policies", which outlined specific procedures for different levels of contracts. If I did not comply with Mann + Hummel USA's written policies, I would be subject to a reprimand from my superiors at Mann + Hummel USA.

I declare under penalty that the foregoing is true and correct.

_____
JOSE RAUL CONDE

State of Florida County of Miami Dade

The foregoing instrument was acknowledged before me by means of Online Notarization, on September 06, 2024, by JOSE RAUL CONDE, Produced ID: Venezuelan Passport 3161396929



_____
Notary Public